UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT,

                Plaintiff,

-v-

NOVA OCTO LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 5548 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

On August 27, 2020, Plaintiff filed proof of service that indicated the Complaint in this action was served on July 29, 2020, with Defendant's Answer due on August 19, 2020. (ECF No. 6). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **September 18, 2020**.

Dated:     New York, New York
            September 4, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**